BOND (EDWARDS v.). See Case No. 4,294.

---

## Case No. 1,622.

### BOND v. GRACE.

[1 Cranch, C. C. 96.][1]

Circuit Court, District of Columbia. Nov. Term, 1802.

NEGOTIABLE INSTRUMENTS—ACTION ON FOREIGN NOTE—COMPUTATION.

1. Judgment for sterling money. Difference between English and Irish sterling.

[2. Under an act authorizing the court to settle the rate of exchange, witnesses may be examined to prove such rate.]

Note in sterling money, dated in Ireland. The declaration is for sterling money.

THE COURT, under the act of assembly of Virginia, authorizing them to settle the rate of exchange, at April term last, examined witnesses to prove the rate of exchange between Ireland and England. Irish is turned into English sterling by deducting one-thirteenth of the Irish, and English is turned into Irish by adding one-twelfth of the English. See the record of April term, 1802, in the case of Mahon v. Grace's Ex'rs [Case No. 8,967].